

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSE QUEZADA,
                        Plaintiff,
                                              06 Civ. 2870 (DAB)
            -against-                         ADOPTION OF REPORT
                                              AND RECOMMENDATION
COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

This matter is before the Court upon the June 15, 2007 Report and Recommendation ("Report") of United States Magistrate Judge Andrew J. Peck. The Report recommends that the Commissioner's motion for judgment on the pleadings be GRANTED. (Report at 31.)

According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised of this procedure in Magistrate Judge Peck's Report and Recommendation, to date, no specific objections to said Report and Recommendation have been filed.

To be sure, Plaintiff sent a letter dated July 13, 2007 to Chambers, but the letter did not include specific objections to the Report and Recommendation. See Brown v Peters, 1997 WL 599355, at *7 (N.D.N.Y. Sept. 22, 1997) (where only general objections are filed to report and recommendation, a court need only review for clear error) (citing cases). Plaintiff's letter appears to include a general inquiry about the status of his case, as well as an argument that the denial to him of social security benefits is counter to justice. These nonspecific statements do not invoke de novo review. Vega v. Artuz, 2002 WL 31174466, at *1 (S.D.N.Y. Sept. 30, 2002) ("objections that are merely perfunctory responses argued in an attempt to engage the district court in a rehashing of the same arguments set forth in the original [papers] will not suffice to invoke de novo review . . . .").

Having reviewed the Report and Recommendation, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Andrew J. Peck, dated June 15, 2007, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2.  Upon entry of judgment in favor of Defendant, the Clerk of Court is directed to CLOSE the docket for this case.

SO ORDERED.

Dated:   New York, New York
         August 16, 2007

                                    _____
                                          Deborah A. Batts
                                    United States District Judge